procedures proscribed thereby and a violation of the 1950 Agreement so as to subject UMW and District 28 to damage actions under the Act's Section 301?"

MR. JUSTICE STEWART took no part in the consideration or decision of these applications.

*Val J. Mitch, Harold H. Bacon, E. H. Rayson, Charles E. McNabb* and *R. R. Kramer* for petitioners in No. 562. *Welly K. Hopkins, Harrison Combs, Willard P. Owens* and *M. E. Boiarsky* for petitioners in No. 563. *Fred B. Greear* for respondent. Reported below: 259 F. 2d 346.

No. 499, Misc. WILSON *v.* BOHLANDER, COMMANDER, FITZSIMONS ARMY HOSPITAL. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit granted. *Frederick Bernays Wiener* for petitioner. *Solicitor General Rankin* for respondent.

No. 531. ALKER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Raymond J. Bradley, Frank F. Truscott* and *Jacob Kossman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Lawrence K. Bailey* for the United States.

No. 535. KEYES ET AL. *v.* GLADEVIEW DRAINAGE DISTRICT, PALM BEACH COUNTY, FLORIDA. C. A. 5th Cir. Certiorari denied. *J. Tweed McMullen* for petitioners. *Francis. W. Sams* for respondent.